```
                                                        U.S. DISTRICT COURT
                                                        DISTRICT OF VERMONT
                                                               FILED

         UNITED STATES DISTRICT COURT              2023 APR 21  PM 3: 29
           FOR THE DISTRICT OF VERMONT
                                                           CLERK
                                                   BY_____
                                                        DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | |
| v. | Misc. No. 2:23-mc-28 |
| BILLIE PRESTON<br>a/k/a Billie LaFlam,<br>Defendant, | Related to Docket No. 2:14-cr-117 |
| and | |
| PINNACLE PROPERTIES,<br>and its successors or assigns,<br>Garnishee. | |

## ORDER OF CONTINUING GARNISHMENT

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ, the Garnishee provided an Answer dated March 23, 2023, stating that, at the time the Writ was served, it had in its possession or under its control personal property belonging or due the Defendant.

On March 8, 2023, the Defendant was notified of her right to a hearing to contest the Garnishment and requested such a hearing. A hearing was held on April 20, 2023, but the Defendant failed to appear.

IT IS ORDERED that Garnishee pay to the United States the amount of the lesser of:

A. Twenty-five percent (25%) of Defendant's disposable earnings for each pay period;

   OR

B. All amounts of the Defendant's disposable earnings for each pay period in excess of thirty (30) times the federal minimum hourly wage. See 15 U.S.C. § 1673(a).

IT IS FURTHER ORDERED that Garnishee <u>continue to withhold and pay</u> the United States all future payments until Defendant's debt to the Plaintiff is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the debtor, or until further Order of this Court, whichever comes first.

To calculate disposable earnings, subtract the following from wages, commissions, and income: (1) Federal income tax; (2) FICA tax; (3) State income tax; and (4) State statutory withholdings.

Payments shall be made at least monthly, made payable to **Clerk, U.S. District Court** and mailed to P.O. Box 945, Burlington, VT 05402.

Dated at Burlington, in the District of Vermont, this 21st day of April, 2023.

_____
CHRISTINA REISS
United States District Judge